JENNIE MCCLOUD, as Temporary Administrator, etc., of MARY E. WHIPPLE, Deceased, Respondent, v. CARRA W. WARD, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES E. SUMMERS, Appellant, v. EDNA S. BAKER and BANK OF WILLIAMS-VILLE, Respondents.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ

BENJAMIN W. DAVIS and Another, Respondents, v. PRESTON A. GAYLORD and GREELY BORT, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRED F. HARTMAN, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event upon the ground that the finding of the jury of the plaintiff's freedom from contributory negligence was against the weight of the evidence. All concur, except Crosby, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

STEVE SHUSHEREBA, Respondent, v. BETTY WEBB AMES, Appellant.— Order affirmed, with ten · dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Judicial Settlement of the Estate of WILLIAM B. HUGHES, Deceased.*— Decree reversed on the facts and matter remitted to the Surrogate's Court, with directions to enter a decree allowing the claim, on the ground that the evidence establishes that the services performed by the claimant were performed under a contract with the testator as alleged in the claimant's claim, and that the finding of the surrogate to the contrary is against the weight of the evidence. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for affirmance on the opinion of Bird, S. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DOMINICK LEO, Respondent, v. NETHERLAND Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE VILLAGE OF ATTICA, a Municipal Corporation, Appellant, v. CASSIUS C. DAY and Another, Copartners, Doing Business under the Firm Name and Style of C. C. DAY & SON, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FAMOUS LINEN SUPPLY Co., INC., Appellant, v. FRONTIER LINEN SUPPLY, INC., and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELSA DILGER, an Infant, by CARL KLEINKNECHT, Her Guardian ad Litem, Respondent, v. HERMAN KUMPF, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, upon the ground that no actionable negligence on the part of the defendant has been shown. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.